JULY 25, 1945

No. 50381.—Suit 4464.—
United States v. Wing Chong Lung Co. et al. C. D. 765 reversed May 24, 1945. C. A. D. 312.

No. 50382.—Suit 4469.—
—Mary G. Ricks v. United States. C. D. 809 affirmed May 24, 1945. C. A. D. 308.

No. 50383.—Suit 4495.—
—Meraux Terminal Corp. v. United States. C. D. 878 affirmed May 24, 1945. C. A. D. 314.

JULY 27, 1945

No. 50384.—Suit 4488.—
United States v. Butler Bros. affirmed May 24, 1945. C. A. D. 310.

BEFORE THE THIRD DIVISION, AUGUST 1, 1945

No. 50385.—Protests 27772–K, etc., of B. R. Anderson & Co. (Seattle).

Opinion by Ekwall, J. In view of stipulation of counsel and the cited authorities the merchandise in question was held dutiable as follows: (1) The portion marked "A" on the invoices, similar in all material respects to that the subject of United States v. Nippon Co. (32 C. C. P. A. 164, C. A. D. 303), held free of duty under paragraph 1705 as kelp; (2) the portion marked "B" on the invoices, similar in all material respects to that the subject of United States v. Nippon Co., supra, held dutiable at 10 percent under paragraph 1540 as seaweed, manufactured; and (3) the portion marked "C" on the invoices, the same as that the subject of Mutual Supply Co. v. United States (12 Cust. Ct. 136, C. D. 842), held dutiable at 25 percent under paragraph 775, as modified by the trade agreement with the Netherlands (T. D. 48075), as onions, pickled or packed in brine. The protests were sustained to this extent.